IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 AUG 14 PM 3: 04

| | | |
|---|---|---|
| DOROTHY RUTHERFORD, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CAUSE NO. 1:17-cv-00343-LY |
| | § | |
| CITIBANK, N.A., | § | |
| DEFENDANT. | § | |

## ORDER

Before the court is Plaintiff's Motion for Voluntary Dismissal with Prejudice filed August 8, 2017 (Doc. #8). Having considered the motion, the court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Voluntary Dismissal with Prejudice filed August 8, 2017 (Doc. #8) is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims and causes of action are **DISMISSED WITH PREJUDICE.**

A final judgment shall be filed subsequently.

SIGNED this ____ day of August, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE