IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 AUG 14  PM 3: 04

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| DOROTHY RUTHERFORD, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CAUSE NO. 1:17-CV-00343-LY |
| | § | |
| CITIBANK, N.A., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action.  On August 8, 2017, Plaintiff filed Plaintiff's Motion for Voluntary Dismissal with Prejudice (Doc. #8), which the court granted by separate order.  Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _____ day of August, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE